Lawrence J. Semenza, III, Esq., Bar No. 7174
SEMENZA & SEMENZA, LLP
3025 East Post Road
Las Vegas, Nevada  89120
Telephone:  (702) 369-6999
Facsimile:   (702) 263-3539
E-mail: lsemenza@semenzalawfirm.com
E-mail: ljs@semenzalawfirm.com

Attorneys for Emmett Michaels

**UNITES STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMMETT MICHAELS, an individual,<br><br>                        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION (N.A.) , BAC HOME LOANS SERVICING, LP, MTC FINANCIAL, INC., dba TRUSTEE CORPS,; DOES 1-10, unknown individuals; and ROE CORPORATIONS 1-10, unknown business entities,<br><br>                        Defendants. | Case No.:  2:11-cv-00976-KJD -RJJ<br><br><br>**EX-PARTE MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>**(Second Request)** |

Plaintiff, Emmett Michaels, by and through his counsel, Semenza & Semenza, LLP, respectfully moves this Court for an Order to extend the time for Plaintiff to File Opposition to Defendant's Motion to Dismiss and Motion to Strike.

Defendant and Plaintiff, through their respective counsel stipulated to extend the date within which Plaintiff s time to respond to Defendant's Motion to dismiss for failure to state a claim and Motion to Strike portions of complaint to and including July 27, 2011, and Plaintiff's Counsel moves this Court for an Order allowing Plaintiff to extend the date within Plaintiff may file its response to File Opposition to Defendant's Motion to Dismiss and Motion to Strike.

1

1
2
3

Plaintiff has requested an extension of time to File Opposition to Defendant's Motion to Dismiss and Motion to Strike from Defendant's counsel, Michael E. Sullivan, Esq., and was informed that all decisions in this case were being made by Richard J. Reynolds.

4
5
6

Counsel for Plaintiff prepared a proposed Stipulation to File Opposition to Defendant's Motion to Dismiss and Motion to Strike (Exhibit A) and forwarded the proposed Stipulation to Defendant's counsel by e-mail on Monday, July 25, 2011.

7
8
9
10
11

Counsel for Plaintiff called Defendant's counsel Richard Reynolds on July 27, 2011 and left a message regarding the proposed Stipulation. Plaintiff's Counsel did not receive a return call for Richard Reynolds and again caused a copy of the proposed Stipulation to Richard Reynolds and heard nothing. Counsel also e-mailed a copy to Michael Sullivan's office and heard no reply.

12
13
14
15

Plaintiff requests up to and including August 10, 2011, to file a response to Defendant's Motion to Dismiss for failure to state a claim and Motion to Strike portions of complaint and Defendant, MTC FINANCIAL INC., dba TRUSTEE CORPS ("TRUSTEE CORPS") shall have up to and including August 22, 2011, to file a Reply to Plaintiff's response.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

SEMENZA & SEMENZA, LLP
3025 East Post Road
Las Vegas, Nevada 89120
Telephone: (702) 369-6999

1    This is the second request for an extension, and is not intended to cause any delay or

2  prejudice to any party.  Trial has not been set in this case yet.

3

4    DATED this 27th day of July, 2011.

5                                 **SEMENZA & SEMENZA, LLP**

6

7                                 /s/ Lawrence J. Semenza
                                LAWRENCE J. SEMENZA, ESQ.
8                                 Nevada Bar No. 789
                                LAWRENCE J. SEMENZA, III, ESQ.
9                                 Nevada Bar No. 7174
                                3025 East Post Road
10                                Las Vegas, Nevada  89120-2791

11

12                                *Attorneys for Plaintiff*

13   **IT IS SO ORDERED.**

14

15   _____
     UNITED STATES DISTRICT COURT JUDGE
16
     Dated:   7/28/11

17

18

19

20

21

22

23

24

25

26

27

28

SEMENZA & SEMENZA, LLP
3025 East Post Road
Las Vegas, Nevada 89120
Telephone: (702) 369-6999